

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| OMAR CALDERON, | § | No. 08-20-00139-CR |
| Appellant, | § | Appeal from the |
| v. | § | 450th District Court |
| THE STATE OF TEXAS, | § | of Travis County, Texas |
| State. | § | (TC# D-1-DC-20-904007) |

## **O R D E R**

The Court GRANTS the State's third motion for extension of time within which to file the brief until March 12, 2021.  NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE STATE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ordered that the Hon. Jose P. Garza, the State's attorney, prepare the State's Brief and forward the same to this Court on or before March 12, 2021.

IT IS SO ORDERED this 10th day of February, 2021.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.